**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND, INDIANA**

| | |
|---|---|
| JUAN SANCHEZ | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CAUSE NO. 2:23-cv-00214 |
| FOREST RIVER, INC | ) |
| Defendant, | ) |
| | ) |

**COMPLAINT AND DEMAND FOR JURY TRIAL**

Plaintiff, name-above, complains of act and omissions by the Defendant. In support of her Complaint and as cause of action against the Defendant, Plaintiff respectfully submits the following:

**JURISDICTION**

1. This suit is authorized and instituted pursuant to Title VII 42 U.S.C. § 2000e.

2. Plaintiff fled a charge with the Equal Employment Opportunity Commission (EEOC) and received a notice to sue on April 18, 2023.

**PARTIES**

3. Plaintiff is Hispanic Catholic man of medium complexion and at all relevant times he resided in the Northern District of Indiana.

4. Defendant is a corporation doing business in the State of Indiana in the Northern District of Indiana.

**FACTS**

5. Plaintiff began working at Forest River in January 2018.

6. Plaintiff performed his job well.

7. While working at Defendant, Plaintiff's Group Leader and co-workers made discriminatory comments around Plaintiff and to Plaintiff.

8. They made comments such as, "lazy Mexican", "we are not looking for workers like you", and stated that because Plaintiff is a Hispanic that he was not used to the cold weather.

9. Plaintiff heard comments like these on a consistent basis.

10. Plaintiff's supervisors engaged in and witnessed the discriminatory behavior, but they never addressed the behavior.

11. Plaintiff's Team Leader also made comments that he as looking to hire Amish workers.

12. In May 2021, Plaintiff had an argument with an Amish worker and Plaintiff complained to management that the Amish worker was creating a hostile environment.

13. After the meeting, Plaintiff's Team Leader, asked Plaintiff why he didn't come to him.

14. Plaintiff informed him that he didn't come to him because he only vouches for Amish workers.

15. On June 4, 2021, Plaintiff was terminated allegedly because he had a bad attitude, but Plaintiff didn't have a bad attitude.

16. Similarly situated Caucasian, Amish, and American employees constantly cursed and yell at people and they were not terminated.

17. Plaintiff was terminated due to his religion.

18. Plaintiff was terminated due to his race.

19. Plaintiff was terminated due to his national origin.

20. Plaintiff was terminated for engaging in protected activity.

## COUNT I

21. Plaintiff incorporates by reference paragraphs 1-20.

22. Defendant, as a result of terminating Plaintiff due to his race, violated Title VII 42 U.S.C. § 2000 et al.

## COUNT II

23. Plaintiff incorporates by reference paragraphs 1-20.

24. Defendant, as a result of terminating Plaintiff due to his religion, violated Title VII 42 U.S.C. § 2000 et al.

## COUNT III

25. Plaintiff incorporates by reference paragraphs 1 -20.

26. Defendant, as a result of terminating Plaintiff due to his race, violated 42 U.S.C. § 1981.

## COUNT IV

27. Plaintiff incorporates by reference paragraphs 1 -20.

28. Defendant, as a result of terminating Plaintiff due to Plaintiff engaging in protected activity, violated Title VII 42 U.S.C. § 2000 et al.

## COUNT V

29. Plaintiff incorporates by reference paragraphs 1 -20.

30. Defendant, as a result of terminating Plaintiff due to his national origin, violated Title VII 42 U.S.C. § 2000 et al.

WHEREFORE, Plaintiff respectfully requests that the Court grant the following relief:

A. Award Plaintiff back pay and benefits lost;

B. Award Plaintiff compensatory damages for future pecuniary loss, emotional pain and suffering, inconvenience, mental anguish and loss of enjoyment of life;

C. Award Plaintiff punitive damages;

D. Award Plaintiff liquidated damages;

E. Award Plaintiff his cost in this action and reasonable attorney fees;

F. Grant Plaintiff any other relief which is allowable under the circumstances of this case.

Respectfully Submitted

s//Amber K. Boyd
Amber K. Boyd 31235-49
Attorney for Plaintiff

## REQUEST FOR JURY TRIAL

Comes now the Plaintiff and requests that this cause be tried by a jury.

Respectfully Submitted

s//Amber K. Boyd
Amber K. Boyd 31235-49
Attorney for Plaintiff

Amber K. Boyd 31235-49
Amber K. Boyd Attorney at Law
8510 Evergreen Avenue
Indianapolis, in 46240
(317) 960-5070