**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

JUAN SANCHEZ,

    Plaintiff,

    v.                                                              Case No. 2:23-CV-214-GSL-JEM

FOREST RIVER, INC.,

    Defendant.

## <u>ORDER</u>

On August 22, 2024, the parties held a telephonic status conference before Magistrate Judge John Martin. [DE 22]. During the conference, Pro Se Plaintiff Juan Sanchez orally moved to dismiss the case. Defendant Forest River did not object. Federal Rule of Civil Procedure 41(a) concerns the voluntary dismissal of an action. A plaintiff may dismiss his or her own action via a notice of dismissal, or a stipulation signed by all parties that have appeared. *See* Fed. R. Civ. P. 41(a)(1)(A). Otherwise, "an action may be dismissed at the plaintiff's request only by court order, on terms that the Court considers proper." Fed. R. Civ. P. 41(a)(2). The Court construes Plaintiff's Oral Motion [DE 23] as a request to dismiss under Rule 41(a)(2). The Court finds that dismissal on these terms is proper because Plaintiff assured Judge Martin of his desire to dismiss the case, and Defendant agreed. The Court hereby **GRANTS** Plaintiff's Oral Motion to Dismiss [DE 23]. This matter is **DISMISSED WITHOUT PREJUDICE**.

    **SO ORDERED.**

    ENTERED: August 26, 2024

                               /s/ GRETCHEN S. LUND
                               Judge
                               United States District Court